# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE L. ENGEL,<br><br>          Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. SACV 14-01989-JEM<br><br>**JUDGMENT** |

     In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this case REMANDED for further proceedings in accordance with this Memorandum Opinion and Order and with law.

DATED: October 23, 2015                                    */s/ John E. McDermott*
                                                                                 JOHN E. MCDERMOTT
                                                         UNITED STATES MAGISTRATE JUDGE